EMIL WOLFERTZ, Appellant, v. WEECALORE HOLDING COMPANY, INC., and Others, Defendants, and CENTURY CIRCUIT, INC., Respondent.— Order expunging bill of particulars served by plaintiff upon respondent, and further directing that plaintiff be precluded from offering any evidence at the trial as to the items set forth in the demand unless plaintiff serve a proper bill of particulars within ten days, affirmed, with fifty dollars costs and disbursements. No opinion. Plaintiff will have ten days from the entry of the order hereon to serve a proper bill. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.